**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JESUS LOPEZ BONILLA, | ) ) ) ) | 3:26-CV-432 |
| Petitioner, | ) ) | |
| v. | ) ) | |
| PAMELA BONDI; *et al.*, | ) ) ) | |
| Respondents. | ) ) ) ) | |

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.      **Service**.  The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day.  This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2.      **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3.      **Respondents' responses to the petition**.  The Court has reviewed the petition and supporting materials, finds that the threshold issue concerns the mandatory detention provision of 8 U.S.C. § 1225(b)(2), and based on its prior decisions on this issue in *Villagrez v. Bondi, et al.*, No. 26-72, 2026 WL 545380 (W.D. Pa. Feb. 26, 2026) (Ranjan, J.), tentatively intends to grant a writ. If Respondents believe that there are factual or legal differences between this case and the other cases in which the Court has decided the issue, then they may file a response to the petition within **7 days**, identifying those differences. Responses are limited to 25 pages, double-spaced.  If Respondents' positions are the same as in the prior cases in

- 1 -

which this issue has been raised and decided by the Court, they shall simply state as much in the response, cite to any response or brief previously filed on the issue in this Court, and their positions shall be deemed to be incorporated by reference into the record.

    4.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The reply is limited to **5 pages**, double-spaced.

DATED this 16th day of March, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Jesus Lopez Bonilla
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866